**Order entered September 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00456-CV

**WILLIAM CHU, Appellant**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-13182**

## ORDER

Before the Court is the parties' agreed motion for an extension of time for filing their briefs. The parties ask the Court to extend their respective briefing deadlines by seventy-five days. The Court has previously granted appellant two extensions of time to file a brief. The parties have informed the Court that they are engaged in settlement negotiations.

We **GRANT** the motion **TO THE EXTENT** that appellant shall file either his brief or a motion to dismiss the appeal on or before **OCTOBER 25, 2013**. We caution appellant failure to file either a brief or a motion to dismiss on or before October 25, 2013 will result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

/s/ DAVID LEWIS
JUSTICE